# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF G.C.

NO.  2022 CW 0781

**SEPTEMBER 26, 2022**

---

In Re:    Brittany Tucker, applying for supervisory writs, City
          Court in and for the Parish of East St. Tammany, No.
          2021-JS-2971.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

    **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (per curiam) are not met.

                            **MRT**
                            **WRC**
                            **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT